UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-M-1532-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Darrell N. Brutout** | ) | |

On January 5, 2010, defendant Darrell N. Brutout appeared before the Honorable Pamela A. Mathy, U.S. Magistrate Judge in the Western District of Texas, and, pursuant to a plea of guilty to Theft of Government Property in violation of 18 U.S.C. § 641, was sentenced to a 24-month term of probation.

From evidence presented at the revocation hearing on September 28, 2010, the court finds as a fact that Darrell N. Brutout, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to report to the probation officer as directed by the court or probation officer.
2. Failure to notify the probation officer ten days prior to any change in residence.
3. Using a controlled substance.
4. The offender has absconded from supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 9 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER RECOMMENDED** that the defendant receive the most intensive drug treatment available while incarcerated.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 28th day of September, 2010.

_____
James E. Gates
U.S. Magistrate Judge